## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR6** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| **MICHAEL J. COLVIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 35).  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On May 18, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 17, United States Code, Sections 506(a)(1)(A), 506(a)(1)(B) and 506(b), based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in all infringing copies or phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords was forfeited to the United States.

2.  Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on May 25, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on July 27, 2009 (Filing No. 34).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.   The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 35) is hereby sustained.

B.   All right, title and interest in and to all infringing copies or phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords, held by any person or entity, is hereby forever barred and foreclosed.

C. All infringing copies or phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 29th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2